A

12-24374

FILED ⟂

2012 NOV -8 AM 10:22

CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re WESLEY, CHARLES, MARTIN )
)
)   Chapter 7
)
)   Case No. _____
)
_____ Debtor(s) )

**Declaration of Evidence of Employers' Payments Within 60 Days**

☑ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $_____.

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: 11-8-12                         _____
                                        Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

# United States Bankruptcy Court

### District Of Arizona

In re   <u>Wesley, Charles, Martin</u>
       Debtor

                      Case No. _____

                      Chapter 7

## Payment Advices

Attached is a copy of the last pay slip provided me by my former employer, Heavy Putter LLC (dba Boccieri Golf). One more pay slip for the period 10/15 through 10/30 is due to me. However, I have not yet received it. The gross and net earnings will be identical to the attached pay slip. Please note that my employment with Boccieri Golf terminated on 10/28/2012. I no longer have this income. I have elected to retire.

Also attached is the Notice of Award provided me by the Social Security Administration. It stipulates that my monthly award is $1,825.00   This is now my current income. My first check was to have been received on October 24th. However, I moved and failed to notify the SSA of my move. As a result, the check was not received. On November 6th, I spoke with the SSA and became aware that the check had been returned because it was not deliverable. I then provided my new address to the SSA and they scheduled the check to be sent to my current address. I am supposed to receive it on or before November 15th.

| Company Code | Number | Page |
|---|---|---|
| RI / A54 99889067 | 1091633 | 1 of 1 |

HEAVY PUTTER LLC
15816 N Greenway Hayden Loop
Number 300
Scottsdale, AZ 85260

# Earnings Statement

**ADP**

Period Starting: 10/01/2012
Period Ending: 10/15/2012
Pay Date: 10/12/2012

Taxable Marital Status: Single
Exemptions/Allowances:    Tax Override:
  Federal: 6      Federal:
  State: 0      State:
  Local: 0      Local:
Social Security Number: XXX-XX-2443

CHARLES M WESLEY
32742 N 68TH PLACE
SCOTTSDALE, AZ 85266

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 4166.67 | 79166.73 |
| Gross Pay | | | $4,166.67 | $79,166.73 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9072 | XXXXXXXXX | 3239.89 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -616.36 | 11710.84 |
| Social Security | -175.00 | 3325.00 |
| Medicare | -60.42 | 1147.92 |
| Arizona State Income | -75.00 | 1425.00 |
| Net Pay | $3,239.89 | |

Your federal taxable wages this period are $4,166.67

◀ TEAR HERE

© 1998, 2006. ADP, Inc. All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

HEAVY PUTTER LLC
15816 N Greenway Hayden Loop
Number 300
Scottsdale, AZ 85260

Pay Date: 10/12/2012

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9072 | XXXXXXXXX | 3239.89 |

THIS IS NOT A CHECK

VOID

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Great Lakes Program Service Center
600 West Madison Street
Chicago, Illinois 60661-2474
Date: August 28, 2012
Claim Number:

002734 3 MB 0.654 0022 LTR M08 PC4 0824

CHARLES M WESLEY
12903 W BENT TREE DR
PEORIA, AZ 85383-3933

You are entitled to monthly retirement benefits beginning September 2012.

## What We Will Pay And When

- You will receive $1,825.00 for September 2012 around October 24, 2012.

- After that you will receive $1,825.00 on or about the fourth Wednesday of each month.

- New rules require you to receive your payments electronically, unless you get an exemption from the U.S. Department of the Treasury. Please call Treasury at 1-888-224-2950 to see if you qualify for an exemption.

- The day of the month you receive your payments depends on your date of birth.

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

Your benefits are based on the information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits". It tells you what must be reported and how to report.

Enclosure(s):
Pub 05-10077
Pub 05-10058

See Next Page