SO ORDERED.

Dated: May 23, 2016



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| CHARLES MARTIN WESLEY, | No. 2:12-bk-24374-MCW |
| Debtor. | ORDER APPROVING TRUSTEE'S STIPULATED APPLICATION TO COMPROMISE CLAIMS [F.R.B.P. 9019] |

After thorough consideration of the *Stipulated Application to Compromise Claims [F.R.B.P. 9019]* ("**Stipulated Application**") [DE No. 85] filed by Diane M. Mann, Trustee, ("**Trustee**") and good cause appearing therefor;

**THE COURT FINDS** that the settlement is in the best interest of the Estate, that the settlement has been duly noticed, with no objections having been received and all other requirements of Bankruptcy Rule 9019 having been satisfied;

**IT IS HEREBY ORDERED** approving the Trustee's Stipulated Application and authorizing Diane M. Mann, Trustee to accept the sum of $5,000.00 ("**Settlement Amount**"), as full and complete settlement of the Estate's claim.

**IT IS FURTHER ORDERED** that the Settlement Amount shall be paid to the Trustee no later than ten (10) days after entry of this Order approving the Stipulated Application.

**IT IS FURTHER ORDERED** that the Settlement Amount shall be remitted to "**Diane M. Mann, Trustee**" and mailed directly to "**Diane M. Mann, Trustee, P.O. Box 12970, Scottsdale, AZ 85267-2970**" with a photocopy of the check emailed to adam.nach@lane-nach.com.

**IT IS FURTHER ORDERED** that upon entry of the Order approving the Stipulated Application and receipt of the Settlement Amount in full by the Trustee, the Trustee shall file the documents necessary to dismiss the Adversary Complaint with prejudice as to all named Defendants each party bearing their own attorneys' fees and costs.

**DATED AND SIGNED ABOVE**