UST-27C, 8-95
DIANE M. MANN
P.O. BOX 12970
SCOTTSDALE, AZ  85267-2970
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| WESLEY, CHARLES MARTIN | ) | CASE NO. 12-24374-PHX-MCW |
| | ) | |
| | ) | ORDER APPROVING PAYMENT |
| | ) | OF ADMINISTRATIVE FEES |
| | ) | AND EXPENSES |
| Debtor(s). | ) | |

DIANE M. MANN, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

| PAYEE AND EXPLANATION | | TOTAL |
|---|---|---|
| CLERK, U.S. Bankruptcy Court | | $0.00 |
| | | |
| TRUSTEE, DIANE M. MANN | | |
|     Fees Allowed ....... | $1,784.96 | |
|     Expenses Allowed .. | $31.26 | $1,816.22 |
| | | |
| TRUSTEE'S ATTY (CH7), LANE AND NACH, P.C. | | |
|     Fees Allowed ....... | $4,200.00 | |
|     Expenses Allowed .. | $168.13 | $4,368.13 |
| | | |
| UNITED STATES TRUSTEE'S OFFICE | | $0.00 |

_____          _____
      DATE                                      THE HONORABLE MADELEINE C. WANSLEE
                                       US BANKRUPTCY JUDGE