DIANE M. MANN, CHP 7 PANEL TRUSTEE
PO BOX 12970
SCOTTSDALE, AZ 85267-2970

## UNITED STATES BANKRUPTCY COURT
### AZ DISTRICT OF ARIZONA
### PHOENIX DIVISION

In re: §
§
WESLEY, CHARLES MARTIN § Case No. 12-24374-PHX MCW
§
   Debtor §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DIANE M. MANN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 86,226.00                 Assets Exempt: 159,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,158.94   Claims Discharged
                                             Without Payment: 11,984.25

Total Expenses of Administration: 7,190.65

---

3) Total gross receipts of $ 10,349.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 10,349.59 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,190.65 | 7,190.65 | 7,190.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 15,143.19 | 15,143.19 | 3,158.94 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 22,333.84 | $ 22,333.84 | $ 10,349.59 |

4) This case was originally filed under chapter 7 on 11/08/2012 . The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2016     By: /s/DIANE M. MANN, TRUSTEE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BOOKS & ART OBJECTS | 1129-000 | 233.01 |
| PREFERENTIAL TRANSFER- DISCOVER | 1229-000 | 1,566.58 |
| SETTLEMENT PROCEEDS | 1249-000 | 3,550.00 |
| SETTLEMENT PROCEEDS- EX-WIFE PATRICIA WESLEY | 1249-000 | 5,000.00 |
| TOTAL GROSS RECEIPTS | | $10,349.59 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MANN, DIANE M., TRUSTEE | 2100-000 | NA | 1,784.96 | 1,784.96 | 1,784.96 |
| MANN, DIANE M., TRUSTEE | 2200-000 | NA | 31.26 | 31.26 | 31.26 |
| UNION BANK | 2600-000 | NA | 315.00 | 315.00 | 315.00 |
| U. S. BANKRUPTCY COURT | 2700-000 | NA | 643.00 | 643.00 | 643.00 |
| LANE AND NACH, P.C. | 3210-000 | NA | 4,200.00 | 4,200.00 | 4,200.00 |
| CUNNINGHAM & ASSOC., INC. | 3220-000 | NA | 25.00 | 25.00 | 25.00 |
| LANE AND NACH, P.C. | 3220-000 | NA | 168.13 | 168.13 | 168.13 |
| CUNNINGHAM & ASSOC., INC. | 3610-000 | NA | 23.30 | 23.30 | 23.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,190.65 | $ 7,190.65 | $ 7,190.65 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 02 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 2,175.65 | 2,175.65 | 453.85 |
| 03 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 9,791.12 | 9,791.12 | 2,042.47 |
| 01 | NORDSTROM FSB | 7100-000 | NA | 3,176.42 | 3,176.42 | 662.62 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 15,143.19 | $ 15,143.19 | $ 3,158.94 |

Case No: 12-24374-PHX MCW Judge: MADELEINE C. WANSLEE
Case Name: WESLEY, CHARLES MARTIN
For Period Ending: 08/12/16

Trustee Name: DIANE M. MANN, TRUSTEE
Date Filed (f) or Converted (c): 11/08/12 (f)
341(a) Meeting Date: 01/15/13
Claims Bar Date: 07/26/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE- 31972 N 127TH LANE, PEORIA, AZ | 220,626.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH ON HAND | 100.00 | 100.00 | | 0.00 | FA |
| INCLUDED IN SETTLEMENT | | | | | |
| 3. BANK ACCOUNT- CHASE #9072 | 100.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS & FURNISHINGS | 3,800.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS & ART OBJECTS | 1,200.00 | 3,900.00 | | 233.01 | FA |
| 4 OF THE PIECES OF ART WORK SOLD BY CUNNINGHAM; BALANCE OF ART WORK INCLUDED IN SETTLEMENT | | | | | |
| 6. WATCH(ES) | 500.00 | 400.00 | | 0.00 | FA |
| INCLUDED IN SETTLEMENT | | | | | |
| 7. AUTOMOBILE- 2008 MERCEDES CLK 350 | 20,000.00 | 0.00 | | 0.00 | FA |
| 8. PREFERENTIAL TRANSFER- CITI (u) | 0.00 | 600.00 | | 0.00 | FA |
| SUBJECT TO ORDINARY COUSE OF BUSINESS DEFENSE | | | | | |
| 9. PREFERENTIAL TRANSFER- CHASE VISA (u) | 0.00 | 0.00 | | 0.00 | FA |
| CHASE HAS VALID DEFENSES PER NACH AND PREFERENCE CLAIM DISMISSED | | | | | |
| 10. PREFERENTIAL TRANSFER- DISCOVER (u) | 0.00 | 1,565.58 | | 1,566.58 | FA |
| FUNDS RETURNED BY DISCOVER | | | | | |
| 11. PREFERENTIAL TRANSFER - 1ST NAT'L BANK OF OMAHA (u) | 0.00 | 600.00 | | 0.00 | FA |
| SUBJECT TO ORDINARY COURSE OF BUSINESS DEFENSE | | | | | |
| 12. PREFERENTIAL TRANSFER- BANANA REPUBLIC (u) | 0.00 | 0.00 | | 0.00 | FA |
| VALID DEFENSE PER NACH | | | | | |
| 13. PREFERENTIAL TRANSFER- NORDSTROM (u) | 0.00 | 600.00 | | 0.00 | FA |
| VALID DEFENSE PER NACH | | | | | |
| 14. SETTLEMENT PROCEEDS (u) | 0.00 | 3,550.00 | | 3,550.00 | FA |
| 15. SETTLEMENT PROCEEDS- EX-WIFE PATRICIA WESLEY (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |

Case No: 12-24374-PHX    MCW    Judge: MADELEINE C. WANSLEE
Case Name: WESLEY, CHARLES MARTIN

Trustee Name: DIANE M. MANN, TRUSTEE
Date Filed (f) or Converted (c): 11/08/12 (f)
341(a) Meeting Date: 01/15/13
Claims Bar Date: 07/26/13

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $246,326.00 | $16,315.58 | | $10,349.59 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DISMISSED/REINSTATED. TRUSTEE INVESTIGATING NON-EXEMPT ASSETS. January 17, 2013. APPLICATION FOR 2004 EXAM FILED. INVESTIGATING POSSIBLE PREFERENCE PAYMENTS. January 27, 2013. 2004 EXAM SET FOR 2/27. February 03, 2013. REQUESTED INFO FROM BANANA REPUBLIC. March 04, 2013. POSSIBLE AVOIDANCE CLAIMS AGAINST EX-SPOUSE. April 23, 2013. 2004 EXAM APPLICATION FOR EXAM OF MRS. WESLEY FILED; SET FOR 7/1. June 01, 2013. CONDUCTED 2004 EXAM; INVESTIGATING DIVISION OF ASSETS. July 15, 2013. PURSUING EX-WIFE REGARDING TRANSFERS OF ARTWORK. September 11, 2013. FILING AVOIDANCE ACTION AGAINST EX-WIFE. October 27, 2013. ATTEMPTING TO NEGOTIATE SETTLEMENT. December 11, 2013. NO SETTLEMENT OFFER MADE AND MOTION TO COMPEL FILED. December 31, 2013. DEBTOR FILED A RESPONSE; AWAITING HEARING DATE. January 09, 2014. DEBTOR ALLEGES ARTWORK GIVEN TO GIRLFRIEND TO COVER LIVING EXPENSES. TURNOVER COMPLAINT FILED AGAINST DISCOVER. March 01, 2014. DISCOVER MAILED CHECK WITH NO DEBTOR NAME OR CASE NUMBER. IT WAS DEPOSITED INTO HELENIC CASE IN ERROR. FUNDS NOW DEPOSITED IN THIS CASE. TURNOVER MOTION HEARING SET FOR 4/22. April 07, 2014. HEARING CONT TO 6/16 .May 05, 2014. WORKING ON GLOBAL SETTLEMENT RE: NON-EXEMPT ITEMS. June 01, 2014. HEARING CON'T TO 7/1. TRUSTEE AND DEBTOR NEGOTIATING SETTLEMENT RE: ARTWORK. June 22, 2014. DEBTOR ORDERED TO TURN 4 PAINTINGS OVER TO TRUSTEE; COURT TOOK UNDER ADVISEMENT ART IN POSSESSION OF MS HENDERSON. July 14, 2014. DEMAND MADE ON R. CASTRO RE: A/R. July 30, 2014. WAITING ON RULING FROM JUDGE ON REMAINING ART. August 10, 2014;. CHASE ADVERSARY IS PENDING. September 16, 2014. PURSUING SALE OF REMAINING ART. October 06, 2014. ADVERSARY FILED AGAINST EX-WIFE FOR TURNOVER OF TRANSFERED ASSETS. HEARING SET FOR 11/25. November 09, 2014. TRUSTEE AND DEBTOR NEGOTIATING GLOBAL SETTLEMENT. December 19, 2014. DEBTOR FAILED TO RESPONSE AND ADVERSARY PENDING W/STATUS HEARING THIS WEEK. January 20, 2015.  PRE-TRIAL SET FOR 7/8 IN ADVERSARY AGAINST PATRICIA WESLEY. April 30, 2015.

| | | | |
|---|---|---|---|
| Case No: | 12-24374-PHX  MCW  Judge: MADELEINE C. WANSLEE | Trustee Name: | DIANE M. MANN, TRUSTEE |
| Case Name: | WESLEY, CHARLES MARTIN | Date Filed (f) or Converted (c): | 11/08/12 (f) |
| | | 341(a) Meeting Date: | 01/15/13 |
| | | Claims Bar Date: | 07/26/13 |

FINISHING DISCOVERY RE: CLAIMS ASSERTED AGAINST DEBTOR'S FORMER SPOUSE FOR PRE-PETITION TRANSFERS. June 06, 2015. SCHEDULING CONFERENCE SET FOR 8/4. July 08, 2015. DEFENDANT FILED MSJ. August 06, 2015. TRUSTEE FILED RESPONSE TO MSJ AND SEPARATE STATEMENT OF FACTS. September 07, 2015. ARGUMENT SET FOR 10/6. October 05, 2015. COURT HAS TAKEN MSJ UNDER ADVISEMENT. November 04, 2015. NO RULING BY THE COURT YET. December 02, 2015. COURT DENIED COUNT ONE AND STATUS HEARING ON COUNT TWO SET FOR 3/9/16. January 19, 2016. ATTEMPTING RESOLUTION OF REMAINING ISSUES. February 06, 2016. MOTION TO APPROVE SETTLEMENT FILED; SETTLEMENT DUE 7 DAYS AFTER ORDER ENTERED. April 21, 2016. ALL ASSETS COLLECTED AND CASE TO CLOSE AFTER CHECK CLEARS. May 31, 2016 (DMMANN)

Initial Projected Date of Final Report (TFR): 06/30/13          Current Projected Date of Final Report (TFR): 06/15/16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-24374-PHX -MCW | Trustee Name: DIANE M. MANN, TRUSTEE |
| Case Name: | WESLEY, CHARLES MARTIN | Bank Name: UNION BANK |
| | | Account Number / CD #: *******5083 Checking Account |
| Taxpayer ID No: | *******0449 | |
| For Period Ending: | 08/12/16 | Blanket Bond (per case limit): $ 54,116,227.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/18/14 | 10 | CHP 7 CASE OF HELENIC 12-18556 | DISCOVER- DEPOSITED INTO WRONG CASE | 1229-000 | 1,401.58 | | 1,401.58 |
| 03/18/14 | 10 | LANE & NACH | REPAYMENT- BANK FEES 12-18556 | 1229-000 | 165.00 | | 1,566.58 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,551.58 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,536.58 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,521.58 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,506.58 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,491.58 |
| 10/06/14 | 010001 | U. S. BANKRUPTCY COURT<br>CLERK OF THE COURT<br>230 N FIRST AVE, STE 101<br>PHOENIX, AZ 85003-1706 | ADVERSERY FILING FEE 14-174<br>MANN V. JPMORGAN CHASE | 2700-000 | | 293.00 | 1,198.58 |
| 10/07/14 | 5 | CUNNINGHAM & ASSOC., INC.<br>AUCTIONAZ.COM<br>PO BOX 67087<br>PHOENIX, AZ 85082 | ART WORK- 4 PIECES | 1129-000 | 233.01 | | 1,431.59 |
| 10/20/14 | 010002 | CUNNINGHAM & ASSOC., INC.<br>AUCTIONAZ.COM<br>PO BOX 67087<br>PHOENIX, AZ 85082 | AUCTIONEER FEES | 3610-000 | | 23.30 | 1,408.29 |
| 10/20/14 | 010003 | CUNNINGHAM & ASSOC., INC.<br>AUCTIONAZ.COM<br>PO BOX 67087<br>PHOENIX, AZ 85082 | AUCTIONEER EXPENSES | 3220-000 | | 25.00 | 1,383.29 |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,368.29 |
| 11/06/14 | 010004 | U. S. BANKRUPTCY COURT<br>CLERK OF THE COURT<br>230 N FIRST AVE, STE 101<br>PHOENIX, AZ 85003-1706 | ADVERSERY FILING FEE 14-917<br>MANN V. WESLEY | 2700-000 | | 350.00 | 1,018.29 |
| | | | Page Subtotals | | 1,799.59 | 781.30 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-24374-PHX -MCW | Trustee Name: | DIANE M. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | WESLEY, CHARLES MARTIN | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******5083  Checking Account |
| Taxpayer ID No: | *******0449 | | |
| For Period Ending: | 08/12/16 | Blanket Bond (per case limit): | $ 54,116,227.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 1,003.29 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 988.29 |
| 01/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 973.29 |
| 04/30/15 | 14 | DEBTORS | SETTLEMENT/COMPROMISE OF CLAIM | 1249-000 | 3,550.00 | | 4,523.29 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,508.29 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,493.29 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,478.29 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,463.29 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,448.29 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,433.29 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,418.29 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,403.29 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,388.29 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,373.29 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,358.29 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,343.29 |
| 05/31/16 | 15 | THOMAS JOHNSON | SETTLEMENT/COMPROMISE OF CLAIM | 1249-000 | 5,000.00 | | 9,343.29 |
| 07/13/16 | 010005 | DIANE M. MANN, TRUSTEE<br>PO BOX 12970<br>SCOTTSDALE, AZ 85267-2970 | Chapter 7 Compensation/Fees | 2100-000 | | 1,784.96 | 7,558.33 |
| 07/13/16 | 010006 | DIANE M. MANN, TRUSTEE<br>PO BOX 12970<br>SCOTTSDALE, AZ 85267-2970 | Chapter 7 Expenses | 2200-000 | | 31.26 | 7,527.07 |
| 07/13/16 | 010007 | LANE AND NACH, P.C.<br>ADAM NACH, ESQ.<br>2001 E. CAMPBELL, SUITE 103<br>PHOENIX, AZ 85016 | Claim C1, Payment 100.00000%<br>ATTORNEY FEES | 3210-000 | | 4,200.00 | 3,327.07 |
| 07/13/16 | 010008 | LANE AND NACH, P.C.<br>ADAM NACH, ESQ. | Claim C2, Payment 100.00000%<br>ATTORNEY EXPENSES | 3220-000 | | 168.13 | 3,158.94 |
| | | | | Page Subtotals | 8,550.00 | 6,409.35 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-24374-PHX -MCW | | Trustee Name: | DIANE M. MANN, TRUSTEE |
| Case Name: | WESLEY, CHARLES MARTIN | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5083  Checking Account |
| Taxpayer ID No: | *******0449 | | | |
| For Period Ending: | 08/12/16 | | Blanket Bond (per case limit): | $ 54,116,227.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/13/16 | 010009 | Nordstrom fsb<br>2001 E. CAMPBELL, SUITE 103<br>PHOENIX, AZ 85016<br>P.O. Box 6566<br>Englewood, CO 80155 | Claim 01, Payment 20.86059% | 7100-000 | | 662.62 | 2,496.32 |
| 07/13/16 | 010010 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 02, Payment 20.86043%<br>(2-1) BANANA REPUBLIC VISA CARD | 7100-000 | | 453.85 | 2,042.47 |
| 07/13/16 | 010011 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 03, Payment 20.86043%<br>(3-1) CREDIT CARD DEBT | 7100-000 | | 2,042.47 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,349.59 | 10,349.59 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,349.59 | 10,349.59 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,349.59 | 10,349.59 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********5083 | 10,349.59 | 10,349.59 | 0.00 |
| | 10,349.59 | 10,349.59 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00         3,158.94

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-24374-PHX -MCW | | Trustee Name: | DIANE M. MANN, TRUSTEE |
| Case Name: | WESLEY, CHARLES MARTIN | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5083  Checking Account |
| Taxpayer ID No: | *******0449 | | | |
| For Period Ending: | 08/12/16 | | Blanket Bond (per case limit): | $ 54,116,227.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|